CONTINENTAL LEATHER COMPANY, Appellant, v. LIVERPOOL, BRAZIL & RIVER PLATE STEAM NAVIGATION COMPANY, LTD., Defendant, and LAMPORT & HOLT, LTD., Respondent.— Motion for reargument denied. Motion for leave to appeal

to the Court of Appeals granted. Motion for stay dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.